UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | File No. 1:06-CR-00134-jgm |
| | ) | |
| BONNIE BARROWS | ) | |

_____

### **ORDER**

On July 25, 2007, counsel for the defendant, Bonnie Barrows filed an unopposed motion to enlarge the time for filing pre-trial motions in this matter by 31 days to allow defendant and counsel adequate time to fully explore all non-trial alternatives to resolution of this matter.

Pursuant to 18 U.S.C. 3161(h)(8)(A), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the defendant and the public in a speedy trial on the grounds that denial of an extension of time would deny counsel for the defendant, exercising due diligence, reasonable time necessary for the effective preparation of this case.

Accordingly, defendant's motion is GRANTED.  Pre-trial motions shall be filed on or before August 27, 2007.

It is FURTHER ORDERED that the period of delay resulting from this extension of time shall be excludable in computing the time in which the trial in this case must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed shall commence on July 26, 2007 and continue through August 26, 2007

Dated at Brattleboro, in the District of Vermont, this 26th day of July 2007.

/s/ J. Garvan Murtha
_____
J. Garvan Murtha
United States District Judge